

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2014

No. 04-14-00618-CR

Thomas **LITTLE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0698-CR-C
William Old, Judge Presiding

## O R D E R

We **grant** the court reporter's motion for an extension of time to complete the record. We **order** Patricia Wagner to file the remaining parts of the record by **December 22, 2014** (seventy-seven days after the original due date).

Wagner is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court